924

No. 768.  LIAKAS v. NEBRASKA.  Supreme Court of Nebraska.  Certiorari denied.  *Eugene D. O'Sullivan* for petitioner.

No. 777.  BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE ET AL. v. TUREAUD.  C. A. 5th Cir.  Certiorari denied. *Fred S. LeBlanc,* Attorney General of Louisiana, *W. C. Perrault,* First Assistant Attorney General, *J. Clyde Pearce,* Assistant Attorney General, *W. Scott Wilkinson, Leander H. Perez, L. W. Brooks, C. V. Porter, Grove Stafford, Oliver Stockwell, Wood H. Thompson, J. H. Tucker, Jr., Fred Blanche, Arthur O'Quin* and *Victor A. Sachse* for petitioners.  *Robert L. Carter* for respondent.

No. 780.  KLAPHOLZ ET UX. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Joseph N. Friedman* for petitioners.  *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Richard J. Blanchard* for the United States.

No. 781.  SARNER ET AL. v. MASON, COMMISSIONER OF FEDERAL HOUSING ADMINISTRATION, ET AL.  C. A. 3d Cir.  Certiorari denied.  *Walter D. Van Riper* for petitioners.  *Solicitor General Sobeloff, Acting Assistant Attorney General Leonard, John R. Benney* and *Samuel D. Slade* for respondents.

No. 783.  HERMANSEN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *William E. Ladin* for petitioner.  *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.